July 12, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

PETROLIA GROUP, LLC AND PETROLIA CONSOLIDATED RESOURCES, LLC, Appellants

NO. 14-16-00468-CV                          V.

ZIMMERMAN, AXELRAD, MEYER, STERN & WISE, PC AND BRIAN ZIMMERMAN, Appellees

_____

Today the Court heard appellees' motion to dismiss the appeal from the order signed by the court below on May 13, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Petrolia Group, LLC and Petrolia Consolidated Resources, LLC.

We further order this decision certified below for observance.